TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00283-CV

Dan Morales, in His Official Capacity as Attorney General

of the State of Texas, Appellant

v.

Texas Center for Policy Studies, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 95-05757-A, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

PER CURIAM

 The parties have filed an agreed motion to dismiss this cause. The motion is
granted. Tex. R. App. P. 59(a)(1)(A).

 The trial court judgment is vacated and the cause is dismissed.

Before Chief Justice Carroll, Justices Aboussie and Jones

Judgment Vacated and Cause Dismissed on Agreed Motion

Filed: September 13, 1995

Do Not Publish